IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SOUTHWEST AIRLINES CO., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:07-CV-0583-D |
| VS. | § | |
| | § | |
| MOHAMMED SAEED HARRIS, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the September 17, 2007 findings, conclusions, and recommendation of the magistrate judge, the court concludes that the conclusions are correct. It is therefore ordered that the conclusions and recommendation of the magistrate judge are adopted, and defendants' motions to dismiss for lack of jurisdiction are granted. Accordingly, by judgment filed today, this action is dismissed without prejudice for lack of jurisdiction as to the defendants who filed the motions to dismiss and is dismissed without prejudice as to the defendants who were never served with summonses.

**SO ORDERED**.

November 2, 2007.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE